UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------)

STANISLAW PEST,

                      *Plaintiff,*

     -against-

EXPRESS CONTRACTING CORP. OF         Case No. 16-cv-3785 (DRH) (SIL)
GREAT NECK, EXPRESS KITCHEN AND
BATH CORP. OF GREAT NECK d/b/a
ELITE KITCHEN AND BATH,
YEHESKEL SHARBANI and
DAVID SHARBANI,

                      *Defendants.*
-------------------------------------------------------------------)

## STIPULATION EXTENDING TIME TO ANSWER

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for Plaintiff and for all Defendants, that the time for Defendants to answer or otherwise move in the above-in the above-entitled action be and hereby is extended to the 9th day of September, 2016.

Defendants acknowledge proper service of the subject Summons and Complaint and acknowledge that this Court has properly obtained jurisdiction over their person.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed in counterparts, and that a facsimile copy of this stipulation shall be deemed as effective and binding as an original.

Dated: Mineola, New York
       August 22, 2016

Law Offices of Scott A. Lucas                Meltzer, Lippe, Goldstein & Breitstone, LLP

By_____                     By /s/ Richard M. Howard_____
Andrew R. Sack, Esq.

                                                          Richard M. Howard

756843-1

| | |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendant |
| 250 Park Avenue, Suite 2020 | 190 Willis Avenue |
| New York, New York | Mineola, New York 11501 |
| (212) 983-6000 | (516) 747-0300 |
| Andrew@lucasemploymentlaw.com | rhoward@meltzerlippe.com |

Dated:  August 22, 2016
       Brooklyn, New York

So Ordered:

_____
U.S.D.J.

756843-1