UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
STANISLAW PEST                                              2016 CV 03785 (J. Hurley, Dennis R.)
                                                                           (M.J. Locke, Steven)
                *Plaintiff,*

    -against-
                                               **RULE 7.1 STATEMENT**

EXPRESS CONTRACTING CORP. OF GREAT
NECK, EXPRESS KITCHEN and BATH CORP.
OF GREAT NECK d/b/a ELITE KITCHEN and
BATH, YEHESKEL SHARBANI and DAVID
SHARBANI,

                *Defendants.*
----------------------------------------------------------------X

        Pursuant to rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for all defendants that are non-governmental corporate parties certifies that the following are publicly held corporate parents, affiliates and/or subsidiaries of any said party, owning 10% of said parties' stock.

        **NONE**

Dated: Mineola, New York
       September 7, 2016

                                          MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

                                          By: _____
                                               Richard M. Howard

                                          *Attorneys for Defendants*
                                          190 Willis Avenue
                                          Mineola, New York 11501

758387-1