UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
STANISLAW PEST, 16-cv-3785

*Plaintiff*,

-against-

EXPRESS CONTRACTING CORP. OF GREAT NECK, EXPRESS KITCHEN AND BATH CORP. OF GREAT NECK d/b/a ELITE KITCHEN AND BATH, YEHESKEL SHARBANI and DAVID SHARBANI,

*Defendants*.
---------------------------------------------------X

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

Plaintiff Stanislaw Pest, by his undersigned attorneys, hereby accepts the annexed Offer of Judgment dated October 19, 2016.

Dated: New York, New York
October 27, 2016

Law Offices of Scott A. Lucas

By: ____________________
Scott A. Lucas (SL-6316)
250 Park Avenue, 20th Floor
New York, New York 10177
(212) 983-6000
*Attorneys for Plaintiff Stanislaw Pest*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
STANISLAW PEST

*Plaintiff,*

-against-

EXPRESS CONTRACTING CORP. OF GREAT NECK, EXPRESS KITCHEN and BATH CORP. OF GREAT NECK d/b/a ELITE KITCHEN and BATH, YEHESKEL SHARBANI and DAVID SHARBANI,

*Defendants.*
----------------------------------------------------------X

**2016 CV 03785 (J. Hurley, Dennis R.)**
**(M.J. Locke, Steven)**

**OFFER OF JUDGMENT**

The Defendant, Express Contracting Corp., pursuant to Rule 68 of the Federal Rules of Civil Procedure, offers to allow judgment to be taken against said Defendant by the Plaintiff in the total gross amount of Sixty-One Thousand Dollars ($61,000.00), in addition to all costs now accrued, and all reasonable attorney's fees and expenses incurred by Plaintiff in prosecuting the Subject Complaint to date, as determined by the Court.

This offer is inclusive of all claims of whatever nature (i.e., New York State Labor Law, Fair Labor Standards Act, Portal to Portal Act, etc.) for all damages, including but not limited to, unpaid wages and pre-judgment interest.

This offer of judgment is made for the sole purposes specified in Rule 68 and is not to be construed either as an admission that this Defendant is liable in this action in any way whatsoever, or that Plaintiff has actually suffered any damage, whatsoever.

Dated: Mineola, New York
October 19, 2016

MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

By: ______________________________
Richard M. Howard (RMH-2932)
*Attorneys for Defendants*
190 Willis Avenue
Mineola, New York 11501
(516) 747-0300

*NOTICE OF ENTRY*

*Sir: - Please take notice that the within is a (certified) true copy of a duly entered in the office of the clerk of the within named court on 20*

*Dated,*

*Yours, etc.*

**MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**
*Attorney (s) for*
*Office and Post Office Address*
190 WILLIS AVENUE
MINEOLA, N.Y. 11501

*NOTICE OF SETTLEMENT*

*Sir:- Please take notice that an order of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named court, at*

*on the day of 20*
*at M.*
*Dated,*

*Yours, etc.*

**MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**
*Attorney(s) for*
*Office and Post Office Address*
190 WILLIS AVENUE
MINEOLA, N.Y. 11501

*To*

*Attorney(s) for*

*Index No.* *Year 20*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STANISLAW PEST,

Plaintiff,

-against-

EXPRESS CONTRACTING CORP. OF GREAT NECK, et al.,

Defendants.

**ORDER OF JUDGMENT**

**MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**
*Attorney(s) for*
*Office and Post Office Address*
190 WILLIS AVENUE
MINEOLA, N.Y. 11501
(516) 747-0300

*To*

*Attorney(s) for*

*Service of a copy of the within is hereby admitted.*

*Dated, 20*

*Attorney(s) for*

*ATTORNEY'S AFFIRMATION*

*STATE OF NEW YORK*
*COUNTY OF ss.:*

*The undersigned, an attorney admitted to practice in the courts of New York State, hereby affirms as true under all the penalities of perjury that affiant is*

*the attorney(s) of record for*

*in the within action; that affiant has read the foregoing*

*and knows the contents thereof; that the same is true to affiant's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that those matters affiant believes to be true. Affiant further says that the reason this affirmation is made by affiant and not by*

*The grounds of affiant's belief as to all matters not stated upon affiant's knowledge are as follows:*

*COMPLIANCE PURSUANT TO 22 NYCRR §130-1.1-a*

*To the best of the undersigned's knowledge, information and belief formed after an inquiry reasonable under the circumstances, the within document(s) and contentions contained herein are not frivolous as defined in 22 NYCRR §130-1.1a*

*Dated 20*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
STANISLAW PEST, 16-cv-3785

*Plaintiff*,

-against-

EXPRESS CONTRACTING CORP. OF GREAT NECK, EXPRESS KITCHEN AND BATH CORP. OF GREAT NECK d/b/a ELITE KITCHEN AND BATH, YEHESKEL SHARBANI and DAVID SHARBANI,

*Defendants*.
-----------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2016, I caused the annexed Notice of Acceptance of Offer of Judgment (with annexed Offer of Judgment) to be served on opposing counsel, Meltzer Lippe Goldstein & Breitstone, LLP, 190 Willis Avenue, Mineola, New York 11501 (attention: Richard M. Howard, Esq.), via first class mail and by email to Richard M. Howard's ECF-designated email address.

October 27, 2016

Scott A. Lucas
Law Offices of Scott A. Lucas
250 Park Avenue
Suite 2020
New York, NY 10177
Tel. (212) 983-6000
scott@lucasemploymentlaw.com