**FILED**
**CLERK**

11/7/2016 3:44 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
STANISLAW PEST,

              Plaintiff,

    - against -

EXPRESS CONTRACTING CORP. OF GREAT
NECK, EXPRESS KITCHEN AND BATH
CORP. OF GREAT NECK d/b/a ELITE
KITCHEN AND BATH, YEHESKEL
SHARBANI and DAVID SHARBANI,

              Defendant.
--------------------------------------------------------------X

**JUDGMENT**
CV 16-3785 (DRH)(SIL)

An Acceptance of Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure having been filed by Plaintiff on October 31, 2016, accepting Defendant Express Contracting Corp. of Great Neck's Offer to have judgment entered against it in favor of Plaintiff in the amount of Sixty-One Thousand Dollars ($61,000) in addition to all costs now accrued, and all reasonable attorney's fees and expenses incurred by Plaintiff in prosecuting the Complaint to date, as determined by the Court; and a Memorandum and Order of Honorable Denis R. Hurley, United States District Judge, having been filed on November 3, 2016, directing the Clerk of Court to close this case, it is

    **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Stanislaw Pest and against Defendant Express Contracting Corp. of Great Neck in the amount of Sixty-One Thousand Dollars ($61,000) in addition to all costs now accrued, and all reasonable attorney's fees and expenses incurred by Plaintiff in prosecuting the Complaint to date, as determined by the Court; and that this case is closed.

Dated:  Central Islip, New York
         November 7, 2016

                         DOUGLAS C. PALMER
                         CLERK OF THE COURT

           By:    /s/ James J. Toritto
                Deputy Clerk