UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STANISLAW PEST,                                                           16-cv-3785

                       *Plaintiff*,

      -against-

EXPRESS CONTRACTING CORP. OF
GREAT NECK, EXPRESS KITCHEN
AND BATH CORP. OF GREAT NECK
d/b/a ELITE KITCHEN AND BATH,
YEHESKEL SHARBANI and
DAVID SHARBANI,

                       *Defendants*.
-----------------------------------------------------------X

## NOTICE OF ACCEPTANCE OF ADDITIONAL OFFER OF JUDGMENT

Plaintiff Stanislaw Pest, by his undersigned attorneys, hereby accepts the additional Offer of Judgment dated November 10, 2016, which is annexed hereto.

Dated:     New York, New York
             November 14, 2016

                            Law Offices of Scott A. Lucas

                            By: _____
                            Scott A. Lucas (SL-6316)
                            250 Park Avenue, 20th Floor
                            New York, New York 10177
                            (212) 983-6000
                            *Attorneys for Plaintiff Stanislaw Pest*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STANISLAW PEST                                2016 CV 03785 (J. Hurley, Dennis R.)
                                                                      (M.J. Locke, Steven)
                              *Plaintiff,*

                          -against-

                                                                       **OFFER OF JUDGMENT**

EXPRESS CONTRACTING CORP. OF GREAT
NECK, EXPRESS KITCHEN and BATH CORP.
OF GREAT NECK d/b/a ELITE KITCHEN and
BATH, YEHESKEL SHARBANI and DAVID
SHARBANI,

                                 *Defendants.*
-----------------------------------------------------------X

       All Defendants herein, pursuant to Rule 68 of the Federal Rules of Civil Procedure, offer to allow judgment to be taken against all said Defendants, jointly and severally by the Plaintiff in the total gross amount of Sixteen Thousand Seven Hundred and Fifty Dollars ($16,750.00), for all costs now accrued, and all reasonable attorney's fees and expenses incurred by Plaintiff in prosecuting the Subject Complaint to date.

       This offer relates solely to attorneys' fees and costs, the balance of this action having ended in the entry of judgment and the case closed by order of Judge Hurley.

       This offer of judgment is made for the sole purposes specified in Rule 68 vis-à-vis attorneys' fees and costs.

Dated:   Mineola, New York
            November 10, 2016

                                            MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

                                            By: _____
                                                    Richard M. Howard (RMH-2932)
                                                    *Attorneys for Defendants*
                                                    190 Willis Avenue
                                                    Mineola, New York 11501
                                                    (516) 747-0300

## NOTICE OF ENTRY

Sir: – Please take notice that the within is a (certified) true copy of a duly entered in the office of the clerk of the within named court on                                           20

Dated,

                   Yours, etc.,

**MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**
*Attorney(s) for*
Office and Post Office Address
190 WILLIS AVENUE
MINEOLA, N.Y. 11501

## NOTICE OF SETTLEMENT

Sir:– Please take notice that an order

true copy will be presented for settlement to the Hon.                                      of which the within is a
one of the judges of the within named court, at

on the         day of                    M.
at
Dated,

                   Yours, etc.,

**MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**
*Attorney(s) for*
Office and Post Office Address
190 WILLIS AVENUE
MINEOLA, N.Y. 11501

To

*Attorney(s) for*

---

Index No.                                      Year 20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STANISLAW PEST,

          Plaintiff,

-against-

EXPRESS CONTRACTING CORP.
OF GREAT NECK, et al.,

          Defendants.

## ORDER OF JUDGMENT

**MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**
*Attorney(s) for*
Office and Post Office Address
190 WILLIS AVENUE
MINEOLA, N.Y. 11501
(516) 747-0300

To

*Attorney(s) for*

Service of a copy of the within                                   is hereby admitted.

Dated,                                                                                    20

*Attorney(s) for*

---

## ATTORNEY'S AFFIRMATION

STATE OF NEW YORK
COUNTY OF                                      ss.:

The undersigned, an attorney admitted to practice in the courts of New York State, hereby affirms as true under all the penalties of perjury that affiant is

the attorney(s) of record for

in the within action; that affiant has read the foregoing

and knows the contents thereof; that the same is true to affiant's own knowledge, except as to the matters therein stated to be alleged on information and belief, and that those matters affiant believes to be true. Affiant further says that the reason this affirmation is made by affiant and not by

The grounds of affiant's belief as to all matters not stated upon affiant's knowledge are as follows:

## COMPLIANCE PURSUANT TO 22 NYCRR §130-1.1a

To the best of the undersigned's knowledge, information and belief formed after an inquiry reasonable under the circumstances, the within document(s) and contentions contained herein are not frivolous as defined in 22 NYCRR §130-1.1a

Dated                                                                               20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

STANISLAW PEST,                                    16-cv-3785

                      *Plaintiff*,

      -against-

EXPRESS CONTRACTING CORP. OF
GREAT NECK, EXPRESS KITCHEN
AND BATH CORP. OF GREAT NECK
d/b/a ELITE KITCHEN AND BATH,
YEHESKEL SHARBANI and
DAVID SHARBANI,

                      *Defendants*.
----------------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2016, I caused the annexed Notice of Acceptance of Additional Offer of Judgment (with annexed Offer of Judgment) to be served on opposing counsel, Meltzer Lippe Goldstein & Breitstone, LLP, 190 Willis Avenue, Mineola, New York 11501 (attention: Richard M. Howard, Esq.), via first class mail and by email to Richard M. Howard's ECF-designated email address.

November 14, 2016



Scott A. Lucas
Law Offices of Scott A. Lucas
250 Park Avenue
Suite 2020
New York, NY 10177
Tel. (212) 983-6000
scott@lucasemploymentlaw.com