UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STANISLAW PEST,

                    Plaintiff,

   - against -                           **JUDGMENT FOR ATTORNEY'S FEES**
                                                                                 CV 16-3785 (DRH)(SIL)

EXPRESS CONTRACTING CORP. OF GREAT
NECK, EXPRESS KITCHEN AND BATH
CORP. OF GREAT NECK d/b/a ELITE
KITCHEN AND BATH, YEHESKEL
SHARBANI and DAVID SHARBANI,

                    Defendant.
------------------------------------------------------------X

       An Acceptance of Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure having been filed by Plaintiff on November 14, 2016, accepting Defendants Express Contracting Corp. of Great Neck's Offer to have judgment entered against them, jointly and severally, in favor of Plaintiff in the total gross amount of Sixteen Thousand Seven Hundred and Fifty Dollars ($16,750.00) for all costs now accrued, and all reasonable attorney's fees and expenses incurred by Plaintiff in prosecuting the Subject Complaint to date, it is

       **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Stanislaw Pest and against Defendants Express Contracting Corp. of Great Neck, Express Kitchen and Bath Corp. of Great Neck, Yeheskel Sharbani, and David Sharbani, jointly and severally, in the total gross amount of Sixteen Thousand Seven Hundred and Fifty Dollars ($16,750.00) for all costs now accrued, and all reasonable attorney's fees and expenses incurred by Plaintiff in prosecuting the Subject Complaint to date.

Dated:  Central Islip, New York
           December 12, 2016

                                                                        DOUGLAS C. PALMER
                                                                        CLERK OF THE COURT

                                             By:    /s/ James J. Toritto
                                                                     Deputy Clerk