UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

STANISLAW PEST

                     *Plaintiff,*

-against-

EXPRESS CONTRACTING CORP. OF GREAT
NECK, EXPRESS KITCHEN and BATH CORP.
OF GREAT NECK d/b/a ELITE KITCHEN and
BATH, YEHESKEL SHARBANI and DAVID
SHARBANI,

                     *Defendants.*
-------------------------------------------------------------X

2016 CV 03785 (J. Hurley, Dennis R.)
(M.J. Locke, Steven)

**SATISFACTION OF JUDGMENT**

      **WHEREAS**, a judgment was entered on November 7, 2016, in the Office of the Clerk of the United States District Court for the Southern District of New York against the Defendants in the sum of $61,000.00 plus costs and reasonable attorneys' fees; and

      **WHEREAS**, the judgment has been satisfied by the Defendants, Express Contracting Corp. Of Great Neck, Express Kitchen and Bath Corp. Of Great Neck d/b/a Elite Kitchen and Bath, Yeheskel Sharbani and David Sharbani.

      **THEREFORE**, the Clerk of the United States District Court, Southern District of New York, is hereby requested to satisfy and cancel the judgment of record.

Dated: December 19, 2017
       New York, New York

                                                    Law offices of Scott A. Lucas

                                       By: _____
                                                   Scott A. Lucas

                                                   250 Park Avenue- Suite 2020
                                                   New York, New York 10177
                                                   (212) 983-6000

771404-1